Marion I. Quesenbery, Cal. SBN 072308
Elise C. O'Brien, Cal. SBN 245967
RYNN & JANOWSKY, LLP
P.O. Box 20799
Oakland, CA  94620
Telephone:     (510) 705-8894
Facsimile:     (510) 705-8737
E-mail:  marion@rjlaw.com
E-mail:  elise@rjlaw.com

Attorneys for Plaintiff
Altafresh LLC dba Chelan Fresh Marketing

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTAFRESH LLC dba CHELAN FRESH MARKETING,<br><br>                    Plaintiff,<br><br>          v.<br><br>MENDOCINO GOLD GIFTS LLC dba GOTFRUIT.COM; ALEXANDER THOMAS III, individually and as trustee of Revocable Trust dated 10-28-91; STEPHEN N. THOMAS, individually and as trustee of Revocable Trust dated 11-12-91; and ANNE I. THOMAS, individually and as trustee of Revocable Trust dated 9-17-91,<br><br>                    Defendants. | CASE NO.  C07-03552 JSW<br><br>**PROOF OF SERVICE OF COMPLAINT, SUMMONS, AND RELATED DOCUMENTS ON MENDOCINO GOLD GIFTS LLC** |

Attached as Exhibit A is the proof of service of the Complaint, Summons, and related documents on Mendocino Gold Gifts LLC.

Date: July 20, 2007              RYNN & JANOWSKY, LLP


                                 By:     /s/  Marion I. Quesenbery_____
                                         MARION I. QUESENBERY
                                         Attorneys for Plaintiff
                                         Altafresh LLC dba Chelan Fresh Marketing

PROOF OF SERVICE OF SUMMONS & COMPLAINT – Case No. C07-03552 JSW
Page 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

**EXHIBIT A**

PROOF OF SERVICE OF SUMMONS & COMPLAINT – Case No. C07-03552 JSW
Page 2

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| RYNN & JANOWSKY<br>ATTORNEYS AT LAW<br>2615 RUSSELL STREET<br>BERKELEY, CA 94705 | (510) 705-8894 | |
| ATTORNEY FOR (NAME)   PLAINTIFF | REFERENCE NUMBER<br>0F259293-01 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT,

SHORT NAME OF CASE
ALTAFRESH LLC ET AL vs. MENDOCINO GOLD GIFTS LLC ETAL

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C0703552JSW |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

I served the:
SUMMONS IN A CIVIL CASE;COMPLAINT;ECF REGISTRATION INFORMATION HANDOUT;NOTICE OF AVAILIABILITY OF MAGISTRATE JUDGE;CONSENT TO PROCEED;ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT;WELCOME LETTER

**Name of Defendant:** MENDOCINO GOLD GIFTS LLC DBA GOTFRUIT.COM
**Person Served:** MAYRA BENITEZ
**Title:** PERSON APPARENTLY IN CHARGE

**Date of Delivery:** 07/11/07
**Time of Delivery:** 02:05 pm

**Place of Service:** 3501 TAYLOR DRIVE
UKIAH, CA 95482                                         (Business)

**Date of Mailing:** 07/12/07
**Place of Mailing:** SANTA ROSA

**Physical Description:**

| AGE: | 30YRS | HAIR: | BRN | HEIGHT: | 5'4" | RACE: | HISPANIC |
| SEX: | FEMALE | EYES: | BRN | WEIGHT: | 130LBS | | |

**Manner of Service:**
Substituted Service on the defendant by leaving copies of the documents at the defendants dwelling, house, usual place of abode, usual place of business, or usual mailing address other than a U.S. Postal Service Post Office Box, in the presence of a competent member of the household or a person apparently in charge of his or her office, place of business, or usual mailing address other than a U.S. Postal Service Post Office Box, at least 18 years of age who was informed of the contents thereof, and by mailing copies of the documents (By First-Class Mail, Postage Pre-Paid) to the defendant served at the place where the copies were left.

**In Compliance With:**  ☐ Federal Rules of Civil Procedure
**Fee for service:** $ 41.56
                     ☒ California Code of Civil Procedure

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed

☒ Registered: SONOMA County,   on: July 13, 2007
   Number: P-293                at: SANTA ROSA, California.

Attorney's Diversified Services
306 E. Main Street, Suite 304
Stockton, CA 95202     CLIENT FILE # ALTAFRESH V MENDOCINO GOLD
(209) 948-6110                                     Signature
30C/0F259293-01        PROOF OF SERVICE     Name: J. REED
                                            Title: REGISTERED PROCESS SERVER