Marion I. Quesenbery, Cal. SBN 072308
Elise C. O'Brien, Cal. SBN 245967
RYNN & JANOWSKY, LLP
P.O. Box 20799
Oakland, CA 94620
Telephone: (510) 705-8894
Facsimile: (510) 705-8737
E-mail: marion@rjlaw.com
E-mail: elise@rjlaw.com
Attorneys for Plaintiff
Altafresh LLC dba Chelan Fresh Marketing

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTAFRESH LLC dba CHELAN FRESH MARKETING,<br><br>Plaintiff,<br><br>v.<br><br>MENDOCINO GOLD GIFTS LLC dba GOTFRUIT.COM; ALEXANDER THOMAS III, individually and as trustee of Revocable Trust dated 10-28-91; STEPHEN N. THOMAS, individually and as trustee of Revocable Trust dated 11-12-91; and ANNE I. THOMAS, individually and as trustee of Revocable Trust dated 9-17-91,<br><br>Defendants. | CASE NO. C07-03552 JSW<br><br>**PROOF OF SERVICE OF COMPLAINT, SUMMONS, AND RELATED DOCUMENTS ON DEFENDANTS ALEXANDER THOMAS III, STEPHEN N. THOMAS, AND ANNE I. THOMAS** |

Attached as Exhibit A (3 pages) are proofs of service of the Complaint, Summons, and related documents on Alexander Thomas III, Stephen N. Thomas, and Anne I. Thomas.

Date: July 26, 2007          RYNN & JANOWSKY, LLP


                                  By:    /s/  Marion I. Quesenbery
                                         MARION I. QUESENBERY
                                         Attorneys for Plaintiff
                                         Altafresh LLC dba Chelan Fresh Marketing

PROOF OF SERVICE OF SUMMONS & COMPLAINT – Case No. C07-03552 JSW
Page 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

**EXHIBIT A**

PROOF OF SERVICE OF SUMMONS & COMPLAINT – Case No. C07-03552 JSW
Page 2

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| RYNN & JANOWSKY<br>ATTORNEYS AT LAW<br>2615 RUSSELL STREET<br>BERKELEY, CA  94705 | (510) 705-8894 | |
| ATTORNEY FOR (NAME)   PLAINTIFF | REFERENCE NUMBER<br>0F259293-02 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT,

SHORT NAME OF CASE
ALTAFRESH LLC ET AL vs. MENDOCINO GOLD GIFTS LLC ETAL

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C0703552JSW |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

I served the:
SUMMONS IN A CIVIL CASE;COMPLAINT;ECF REGISTRATION INFORMATION HANDOUT;NOTICE OF AVAILIABILITY OF MAGISTRATE JUDGE;CONSENT TO PROCEED;ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT;WELCOME LETTER

**Name of Defendant:** ALEXANDER THOMAS III, INDIVIDUALLY AND AS TRUSTEE OF REVOCABLE TRUST DATED 10-28-91
**Person Served:** MAYRA BENITEZ
**Title:** PERSON APPARENTLY IN CHARGE

**Date of Delivery:** 07/12/07
**Time of Delivery:** 12:00 pm

**Place of Service:** 3501 TAYLOR DRIVE
UKIAH, CA 95482                                    (Business)

**Date of Mailing:** 07/12/07
**Place of Mailing:** SANTA ROSA

**Manner of Service:**
Substituted Service on the defendant by leaving copies of the documents at the defendants dwelling, house, usual place of abode, usual place of business, or usual mailing address other than a U.S. Postal Service Post Office Box, in the presence of a competent member of the household or a person apparently in charge of his or her office, place of business, or usual mailing address other than a U.S. Postal Service Post Office Box, at least 18 years of age who was informed of the contents thereof, and by mailing copies of the documents (By First-Class Mail, Postage Pre-Paid) to the defendant served at the place where the copies were left.

**In Compliance With:**  ☐ Federal Rules of Civil Procedure

☒ California Code of Civil Procedure

**Fee for service:** $ 13.81

---

☒ Registered: MENDOCINO County,
Number: MC-50

Attorney's Diversified Services
306 E. Main Street, Suite 304
Stockton, CA 95202
(209) 948-6110
30C/0F259293-02

CLIENT FILE # ALTAFRESH V MENDOCINO GOLD

PROOF OF SERVICE

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed
on: July 13, 2007
at: SANTA ROSA, California.

Name: STUART ZELLER
Title: REGISTERED PROCESS SERVER

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| RYNN & JANOWSKY<br>ATTORNEYS AT LAW<br>2615 RUSSELL STREET<br>BERKELEY, CA 94705 | (510) 705-8894 | |
| ATTORNEY FOR (NAME)  PLAINTIFF | REFERENCE NUMBER<br>0F259293-03 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT,

SHORT NAME OF CASE
ALTAFRESH LLC ET AL vs. MENDOCINO GOLD GIFTS LLC ETAL

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C0703552JSW |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

**I served the:**
SUMMONS IN A CIVIL CASE;COMPLAINT;ECF REGISTRATION INFORMATION HANDOUT;NOTICE OF AVAILIABILITY OF MAGISTRATE JUDGE;CONSENT TO PROCEED;ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT;WELCOME LETTER

**Name of Defendant:** STEPHEN N. THOMAS, INDIVIDUALLY AND AS TRUSTEE OF REVOCABLE TRUST DATED 11-12-91
**Person Served:** MAYRA BENITEZ
**Title:** PERSON APPARENTLY IN CHARGE

**Date of Delivery:** 07/12/07
**Time of Delivery:** 12:00 pm

**Place of Service:** 3501 TAYLOR DRIVE
UKIAH, CA 95482                                   (Business)

**Date of Mailing:** 07/12/07
**Place of Mailing:** SANTA ROSA

**Physical Description:**
AGE: 30YRS    HAIR: BRN    HEIGHT: 5'4"    RACE: HISPANIC
SEX: FEMALE   EYES: BRN    WEIGHT: 130LBS

**Manner of Service:**
Substituted Service on the defendant by leaving copies of the documents at the defendants dwelling, house, usual place of abode, usual place of business, or usual mailing address other than a U.S. Postal Service Post Office Box, in the presence of a competent member of the household or a person apparently in charge of his or her office, place of business, or usual mailing address other than a U.S. Postal Service Post Office Box, at least 18 years of age who was informed of the contents thereof, and by mailing copies of the documents (By First-Class Mail, Postage Pre-Paid) to the defendant served at the place where the copies were left.

**In Compliance With:**   [ ] Federal Rules of Civil Procedure
                          [X] California Code of Civil Procedure

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on: July 13, 2007
at: SANTA ROSA, California.

[X] Registered: MENDOCINO County,
Number: MC-50

Attorney's Diversified Services
306 E. Main Street, Suite 304
Stockton, CA 95202
(209) 948-6110
30C/0F259293-03

CLIENT FILE # ALTAFRESH V MENDOCINO GOLD

PROOF OF SERVICE

Name: STUART ZELLER
Title: REGISTERED PROCESS SERVER

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| RYNN & JANOWSKY<br>ATTORNEYS AT LAW<br>2615 RUSSELL STREET<br>BERKELEY, CA  94705 | (510) 705-8894 | |
| | REFERENCE NUMBER<br>0F259293-04 | |
| ATTORNEY FOR (NAME)    PLAINTIFF | | |

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT,

SHORT NAME OF CASE
ALTAFRESH LLC ET AL vs. MENDOCINO GOLD GIFTS LLC ETAL

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C0703552JSW |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

I served the:
SUMMONS IN A CIVIL CASE;COMPLAINT;ECF REGISTRATION INFORMATION HANDOUT;NOTICE OF AVAILIABILITY OF MAGISTRATE JUDGE;CONSENT TO PROCEED;ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT;WELCOME LETTER

**Name of Defendant:** ANNE I. THOMAS, INDIVIDIUALLY AND AS TRUSTEE OF REVOCABLE TRUST DATED 9-17-91
**Person Served:** MAYRA BENITEZ
**Title:** PERSON APPARENTLY IN CHARGE

**Date of Delivery:** 07/12/07
**Time of Delivery:** 12:00 pm

**Place of Service:** 3501 TAYLOR DRIVE
UKIAH, CA 95482                                  (Business)

**Date of Mailing:** 07/12/07
**Place of Mailing:** SANTA ROSA

**Physical Description:**

| AGE: | 30YRS | HAIR: | BRN | HEIGHT: | 5'4" | RACE: | HISPANIC |
| SEX: | FEMALE | EYES: | BRN | WEIGHT: | 130LBS | | |

**Manner of Service:**
Substituted Service on the defendant by leaving copies of the documents at the defendants dwelling, house, usual place of abode, usual place of business, or usual mailing address other than a U.S. Postal Service Post Office Box, in the presence of a competent member of the household or a person apparently in charge of his or her office, place of business, or usual mailing address other than a U.S. Postal Service Post Office Box, at least 18 years of age who was informed of the contents thereof, and by mailing copies of the documents (By First-Class Mail, Postage Pre-Paid) to the defendant served at the place where the copies were left.

**In Compliance With:**   [ ] Federal Rules of Civil Procedure
                          [X] California Code of Civil Procedure

| [X] Registered: | MENDOCINO County, |
| Number: | MC-50 |

Attorney's Diversified Services
306 E. Main Street, Suite 304
Stockton, CA 95202
(209) 948-6110
30C/0F259293-04

CLIENT FILE # ALTAFRESH V MENDOCINO GOLD

PROOF OF SERVICE

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on: July 13, 2007
at: SANTA ROSA, California.

Signature
Name: STUART ZELLER
Title: REGISTERED PROCESS SERVER