Marion I. Quesenbery, Cal. SBN 072308
Elise C. O'Brien, Cal. SBN 245967
RYNN & JANOWSKY, LLP
P.O. Box 20799
Oakland, CA 94620
Telephone:  (510) 705-8894
Facsimile:  (510) 705-8737
E-mail: marion@rjlaw.com
E-mail: elise@rjlaw.com

Attorneys for Plaintiff
Altafresh LLC dba Chelan Fresh Marketing

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| ALTAFRESH LLC dba CHELAN FRESH MARKETING,<br><br>Plaintiff,<br><br>v.<br><br>MENDOCINO GOLD GIFTS LLC dba GOTFRUIT.COM; ALEXANDER THOMAS III, individually and as trustee of Revocable Trust dated 10-28-91; STEPHEN N. THOMAS, individually and as trustee of Revocable Trust dated 11-12-91; and ANNE I. THOMAS, individually and as trustee of Revocable Trust dated 9-17-91,<br><br>Defendants. | CASE NO. C07-03552 JSW<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
|---|---|

Pursuant to Local Court Rule 6-1(a), Plaintiff and Defendants stipulate and agree that Defendants may have until September 5, 2007, to file a response to Plaintiff's Complaint.

Date: August 14, 2007                     RYNN & JANOWSKY, LLP

                                            By:   /s/ Marion I. Quesenbery
                                                 MARION I. QUESENBERY
                                                 Attorneys for Plaintiff
                                                 Altafresh LLC dba Chelan Fresh Marketing

1 | Date: August 14, 2007                    MANNON, KING & JOHNSON

3 |                                    By: /s/ James F. King
                                         JAMES F. KING, Cal. Bar No. 041219
4 |                                      Mannon, King & Johnson
                                         Savings Bank Building, Suite 304
5 |                                      200 North School Street
                                         P.O. Box 419
6 |                                      Ukiah, CA 95482
                                         Telephone: (707) 468-9151
7 |                                      Facsimile: (707) 468-0284
                                         Attorneys for Defendants

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
Case No. C07-03552 JSW – Page 2

TOTAL P.03