1  Marion I. Quesenbery, Cal. SBN 072308
   Elise C. O'Brien, Cal. SBN 245967
2  RYNN & JANOWSKY, LLP
   P.O. Box 20799
3  Oakland, CA  94620
   Telephone:    (510) 705-8894
4  Facsimile:    (510) 705-8737
   E-mail:  marion@rjlaw.com
5  E-mail:  elise@rjlaw.com

6  Attorneys for Plaintiff
   Altafresh LLC dba Chelan Fresh Marketing

7

                    UNITED STATES DISTRICT COURT
8
               FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10  ALTAFRESH LLC dba CHELAN FRESH          CASE NO.  C07-03552 JSW
    MARKETING,
11                                          **STIPULATION TO EXTEND TIME
                    Plaintiff,              TO RESPOND TO COMPLAINT**
12
          v.
13
    MENDOCINO GOLD GIFTS LLC dba
14  GOTFRUIT.COM, *et al.*,

15                  Defendants.

16        Pursuant Pursuant to Local Court Rule 6-1(a), Plaintiff and Defendants stipulate and

17  agree that Defendants may have until October 1, 2007, to file a response to Plaintiff's Complaint.

18  Plaintiff and Defendants have tentatively reached a settlement and need a few more days to

19  finalize it and file the appropriate pleadings with the Court.

20  Date:  September 5, 2007              RYNN & JANOWSKY, LLP

21

22                             By:    /s/ Marion I. Quesenbery
                                      MARION I. QUESENBERY
23                                    Attorneys for Plaintiff
                                      Altafresh LLC dba Chelan Fresh Marketing
24

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
Case No. C07-03552 JSW – Page 1

1   Date: September 5, 2007                    MANNON, KING & JOHNSON

2

3                                  By: _____

4                                      JAMES F. KING, Cal. Bar No. 041219
                                       Mannon, King & Johnson
                                       Savings Bank Building, Suite 304
5                                      200 North School Street
                                       P.O. Box 419
6                                      Ukiah, CA 95482
                                       Telephone: (707) 468-9151
7                                      Facsimile: (707) 468-0284
                                       Attorneys for Defendants
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
Case No. C07-03552 JSW – Page 2