Marion I. Quesenbery, Cal. SBN 072308
Elise C. O'Brien, Cal. SBN 245967
RYNN & JANOWSKY, LLP
P.O. Box 20799
Oakland, CA  94620
Telephone:     (510) 705-8894
Facsimile:      (510) 705-8737
E-mail:  marion@rjlaw.com
E-mail:  elise@rjlaw.com

Attorneys for Plaintiff
Altafresh LLC dba Chelan Fresh Marketing

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTAFRESH LLC dba CHELAN FRESH MARKETING,<br><br>              Plaintiff,<br><br>     v.<br><br>MENDOCINO GOLD GIFTS LLC dba GOTFRUIT.COM, *et al.*,<br><br>              Defendants. | CASE NO.  C07-03552 JSW<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>[Fed. R. Civ. P. 41(a)] |

    NOTICE IS HEREBY GIVEN that, pursuant to Fed. R. Civ. Proc. 41(a), Plaintiff voluntarily dismisses the above captioned action in its entirety, with prejudice.

Date:  October 1, 2007                    RYNN & JANOWSKY, LLP


                              By:    /s/ Marion I. Quesenbery
                                     MARION I. QUESENBERY
                                     Attorneys for Plaintiff
                                     Altafresh LLC dba Chelan Fresh Marketing

NOTICE OF VOLUNTARY DISMISSAL
Case No. C07-03552 JSW – Page 1